IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---------------------------------------------------------------------------X

TASKHEER HUSSAIN,

        Plaintiff,

  -against-

Case No. 1:17-cv-6062

COOK GROUP INCORPORATED, COOK MEDICAL
INCORPORATED a/k/a COOK MEDICAL, INC., COOK
MEDICAL LLC, COOK INCORPORATED, MEDICAL
ENGINEERING & DEVELOPMENT INSTITUTE
INCORPORATED, COOK MEDICAL TECHNOLOGIES
LLC, COOK DENMARK INTERNATIONAL ApS, COOK
DENMARK HOLDING APS, COOK GROUP EUROPE ApS,
COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

**ORDER**

        Defendants.

---------------------------------------------------------------------------X

  This matter is before the Court on Plaintiff's motion to reschedule the telephonic status conference currently set on March 5, 2026, at 9:45 a.m., in order for the Plaintiff to find an interpreter at the conference. The Court, having been duly advised in the premises, GRANTS Plaintiff's motion IN PART. [Filing No. 27780.]

  IT IS THEREFORE ORDERED that the telephonic status conference set for March 5, 2026, is hereby vacated and reset for April 22, 2026, at 10:30 a.m. (Eastern Time). The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed to participate in this telephonic conference will be provided by separate notification. Plaintiff Taskheer Hussain shall call Chambers directly at 317-229-3660 to participate in this conference. **It is the responsibility of the Plaintiff to provide his own interpretor for this conference** as the Court does not provide these services in civil cases. If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

  Date: 3/3/2026

               _____
               Tim A. Baker
               United States Magistrate Judge
               Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Christopher M. Glass is required to serve Plaintiff Taskheer Hussain